407 A.2d 1305

**COMMONWEALTH of Pennsylvania, Appellee,**

**v.**

**James Lee SAVIDGE, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 15, 1979.

Decided Nov. 26, 1979.

Joel M. Breitstein, Lebanon, for appellant.

Thomas S. Long, Asst. Dist. Atty., Robert W. Feeman, Lebanon, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO, LARSEN and FLAHERTY, JJ.

## OPINION

**PER CURIAM:**

The petition for allowance of appeal having been improvidently granted, the appeal is dismissed.

MANDERINO, J., did not participate in this decision.